VINCENT J. MURPHY, RESPONDENT, v. BOARD OF COMMISSIONERS OF THE CITY OF NEWARK, APPELLANT.

Argued May 19, 1938—Decided September 16, 1938.

For the respondent, *Thomas W. Parsonnet.*

For the appellant, *James F. X. O'Brien.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 14.

*For reversal*—None.